1    Your name: Tina Pedrizzetti Bertuccio

2    Address: 130 San Felipe Rd #14

3    Hollister CA 95023

4    Phone Number: (831) 207-5250

5    Fax Number: _____

6    E-mail Address: _____

7    Pro Se   [Select one: Plaintiff or Defendant]

**Filed**

MAR 25 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8    ## UNITED STATES DISTRICT COURT

9    ## NORTHERN DISTRICT OF CALIFORNIA

10   [Select one location: San Francisco / Oakland / San Jose / Eureka]

11

12   Tina Pedrizzetti Bertuccio     Case Name:   CV13-  1339LHK

13   _____              Case Number: _____

14            Plaintiff(s),

15   vs.                          Title of Document:                    HRL

16   San Benito Cty et al and/or    Complaint

17   Santa Clara County et al       Demand for Jury Trial

18   State of California            if Summary Judgment

19   Social Security Adm            Denied

20   US Government                  Emergency Relief

21            Defendant(s).         and restitution

22

23      I, Tina Pedrizzetti Bertuccio have

24   an abundant amount of documented

25   evidence proving the defendants

26   caused personal injury and pain, acquired

27   my unclaimed property, illegally documented

28   me under a fictitious name, illegally took my

TITLE OF DOCUMENT: _____   CASE NO.: _____

PAGE NO. ___ OF 17   [VLSP TEMPLATE]   child, numerous

with 30 EXHIBITS...

1   Let me begin by explaining to the
2   courts that the defendents created
3   a fictitious person named Gail Franco,
4   with an authorized representative
5   named Audrey Franco (also part of the
6   San Benito County defendent) to deceive,
7   cheat steal, terrorize, gain financially,
8   and cause great pain and suffering
9   for over twenty-five years that I am
10  aware of and can prove. I, Tina
11  Bertuccio was the individual the
12  government (defendents) forced,
13  coerced and terrorized· also
14  tried to brainwash into believing
15  my true name was Gail Franco. &
16  I have told everyone for the
17  last twenty-five years I was
18  not Gail Franco but Tina Bertuccio
19  and I want to present to the
20  courts the harm the defendents
21  intentionally placed on me. I
22  had come to this conclusion
23  prior to twenty-five for numerous
24  reasons. (Will present upon request.)
25  My intention is to supply
26  the courts and the Honorable Judge
27  with some major highlights of
28  my complaint and then provide

TITLE OF DOCUMENT: Complaint   CASE NO.: _____

PAGE NO. 2 OF 17   [VLSP TEMPLATE]
24 Exhibits

1  the courts with all the pending
2  cases with Internal Revenue Service,
3  Department of Motor Vehicles,
4  Social Security Administration,
5  Community Care Licensing, Department
6  of Justice, San Benito County
7  Santa Clara County and New Jersey.
8  The courts and I can then
9  subpoena any and all documents
10  necessary to prove the
11  government made major mistakes
12  and there are numerous documents.
13  I have also supplied the Hollister
14  Police Department (Sergeant Wims
15  at 831-636-4330) with a 132-
16  page complaint that I requested
17  to be filed on 11-8-2011. They
18  also have a case #092100
19  that will confirm my identity.
20  I had requested they investigate
21  the San Benito County proceedings.
22     My first encounter with
23  the court system was in case
24  #12751 (San Benito County) regarding
25  a divorce. They sent me to the
26  Diocese of Monterey, which the
27  papers state I wanted a
28  canonical trial. This was not true.

TITLE OF DOCUMENT: Complaint        CASE NO.: _____
PAGE NO. 3 OF 17   [VLSP TEMPLATE]
28 Exhibits

1  As you can see from (Exhibit 3+4)
2  there was a Joint Petition for
3  Summary Dissolution, but no
4  clerk signature. Frank Herdman
5  will later represent John
6  Tomasello in Tomasello vs. Tomasello.
7  (FL005894 SCC) I have no
8  withdrawal of attorney and
9  after numerous requests to the
10  State, I have never received a
11  copy of the divorce. I never even
12  went to court with this case.
13      Then as you can see in
14  Case # 89-20-8631 Harry Tobias
15  filed a Notice of Appeal, then
16  he became Judge. I can not
17  receive a withdrawal of attorney.
18  (See Exhibit 5)
19      Every case in San Benito
20  County which they refer to me
21  as Gail Franco, has major
22  problems. They just state
23  Audrey Franco confirms I am
24  Gail Franco. If you view (Exhibit6)
25  you will see from the certified
26  document, she has no child Gail Franco.
27  The cases have no proof of service,
28  yet they had hearings, orders were

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. 4 OF 17  [VLSP TEMPLATE]
       39 Exhibits

1 made judgments were made.
2 If I found out about child
3 support hearings/custody after
4 searching the files they would
5 dismiss the hearing when I
6 showed up. In one case I
7 called the cops on myself to
8 present a case before the
9 judge, which was drunk in public.
10 They stated guilty by reason
11 of insanity, charged me with
12 a felony while in jail, sent
13 me to Patton and forcibly
14 injected me with medication,
15 then dismissed the case
16 when I returned. I wanted
17 to go to trial, but I was denied.
18 (See case # CRF014086(.) No
19 bond exists, they forced me to
20 sign papers stating Audrey
21 Frances as defendent or they
22 would not let me out of jail.
23 Curtis Hill the Sheriff who
24 later you will see signed for
25 custody of my son signed
26 a warrant, but no warrant
27 exists.
28 They had a conservatorship

TITLE OF DOCUMENT: Complaint _____ CASE NO.: _____

PAGE NO. 5 OF 17   [VLSP TEMPLATE]
        39 Exhibits

1  hearing, yet there was no
2  proof of service.
3         The Sheriff's would
4  remove me from the child
5  Support Office and Hearings
6  if I showed up. I never
7  received child support, nor
8  would they let me pay.
9  There was no Proof of Service
10  in this case either. (See Case
11  #90155   FSD File# 95-426).
12  They never filed Case# 19219
13  DA# 93-899 URESA. All
14  the statements in the cases
15  are incorrect. For example I
16  do not have ten children as
17  they noted.
18         In Case #P6629, Curtis Hill
19  the Sheriff signed for custody
20  of my child. A Sheriff picked
21  my child up and placed him
22  in foster care all his life,
23  yet he had no paperwork.
24  Nobody showed up at the
25  termination of guardianship,
26  I do not believe there even
27  was a guardianship in place.
28  I have DNA tests from the

TITLE OF DOCUMENT: Complaint ___ CASE NO.: _____

PAGE NO. 6 OF 7   [VLSP TEMPLATE]
       3 Exhibits

1 biological father and John
2 Tomasello. I never received
3 any child/spousel support as
4 they state yet if you look
5 at (Exhibit 7) it states
6 John Tomasello vs. Gail Tomasello.
7 They only let me make one
8 payment.
9 In reference to (Case #FL005894)
10 in Santa Clara County, you will see
11 the court acquired jurisdiction
12 over the fictitious person Gail
13 Franco Tomasello on 4/12/91.
14 (See Exhibit 8) They also served
15 me the summons under a
16 fictitious name and accepting
17 service for the corporation.
18 See CCP 412.30, 415.10 and 474.
19 Also see (Exhibit 9) I
20 never sued John Tomasello
21 for any property yet
22 Pasquirelli filed Case#M13885.
23 He told me I must sign
24 the Substitution of Attorneys.
25 (See Exhibit 10) After reviewing
26 these two files there were
27 numerous court dates, but I
28 was never notified. This Case

TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO. 7 OF 17 [VLSP TEMPLATE]
30 Exhibits

1  also involves the death penalty.
2  Case# FL005894 in SantaClara County
3  I have DNA at both John Tomasello
4  and the biological father.
5  When reviewing Case# FL005894
6  and 713885, Mr. Pasquinelli only
7  filed the "Substitution of Attorney".
8  (See Exhibit #10) He told me I
9  had to sign this to proceed
10 with costody of my child. I
11 never wanted to sue John
12 Tomasello for property or child
13 support and I have a letter
14 from Mr. Pasquinelli stating that.
15 Mr. Herdman who the paperwork
16 states represents John Tomasello,
17 was also the Attorney of record
18 in my case# 12751 in San Benito City.
19 The gentleman who I
20 reported to the SHERIFFS
21 office twice who raped me, yet
22 no action was taken despite
23 the fact they saw the scratches
24 on my legs etc. stole all my
25 documents for the last thirty years.
26 He was residing close to me at
27 one point and without proof
28 was working for the Sheriffs Dept.

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. 8 OF 17   [VLSP TEMPLATE]
33 Exhibits

He wired my house with unusual
wiring dug a tunnel under-
ground leading to my house
SA+N Plumbing in Hollister
can confirm etc. When he
stated he was in jail, I SAW
him driving a black truck.
I went to court for a
restraining order (ase# CU-09-00078)
but Judge Harry Tobias denied
it. I told the Sheriffs and
then the Hollister Police I had
a lot of information on this
individual, including prostitution
and drugs. No action was taken.
When I was employed at
Bertuccio Farms under my
fictitious name (I know now
the government controls this
unclaimed business and property)
they had me sign numerous
forms. I did what I was told.
We can subpeona the forms
from Workmans Compensation
they made me sign and it will
state Paul Bertuccio Jr. (my son)
Also I want to subpeona the
documents from United Ag

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. 9 OF 17   [VLSP TEMPLATE]
Exhibits

1  Benefit Trust, Plan 751-00,
2  ID#933E4429, in Irvine, CA
3  at 1-949-975-1424. I had
4  sent a "Freedom of Information"
5  form to all State City Federal
6  Departments, but was refused.
7  I have the letters.
8          All State Federal and
9  county offices have correspondance
10 from me for twenty-five years.
11 They just played games and
12 I have their responses.
13         I have two degrees from
14 the University of Chico under the
15 fictitious name, but the Department
16 of Justice will not clear me to
17 work under this name they
18 created for me. You can verify
19 this by calling Rushmi at
20 Paddington School 831-637-5065.
21 Both Departments are the
22 State of California, who also
23 took over my child support
24 cases and have all my unclaimed
25 property.
26          The DMV who is also State
27 have a hold on my ID even though
28 they have a Tina Bertuccio files.

TITLE OF DOCUMENT: Complaint        CASE NO.:

PAGE NO. 10 OF 17   [VLSP TEMPLATE]

Exhibit S

Their excuse is they want a birthcertificate. I supplied them with a notarized Affadavit of Identity, and according to the law it replaces a birth document. (Can present upon request) Sec CCP 2009.

I was employed at In-Home-Services in San Benito County after explaining my identity crisis, they authorized me to work, but after I turned in my time cards to the State I was refused my $650.00 check.

The Social Security Administration wants me to go by the fictitious name Gail Franco, yet they never informed me about an authorized representative. I never saw any disability doctors to be labeled disabled and I am not. (See Exhibit 1) My childs name is not John J. Franco. (See SBC Case #CV-PT-0127303) If you review (Exhibit 2) Incapacitated Claimant, I never witnessed this form, there is no

TITLE OF DOCUMENT Complaint         CASE NO.: _____

PAGE NO. 11 OF 17   [VLSP TEMPLATE]
20 Exhibits

1  Dr. Lee Gordon, I never authorized
2  this and I can sign my name.
3  Review (Exhibit 13) It states
4  SSA or RRB. It also states
5  assumed alive.
6          There are documents at
7  the San Benito County Courthouse
8  like Karen Hamilton (involved in
9  my child custody case) and 100
10 other individuals sent their
11 credit card bill to one of my
12 old addresses. There are also
13 numerous documents the
14 government and Francos signed.
15 All my "Freedom of Information"
16 requests were denied by county,
17 state and federal departments.
18          Referring back to Case
19 #CRF0140864 in San Benito County
20 it states dismissal or prosecution.
21 I did not want it dismissed.
22 They will not supply me with
23 a clear copy of the Power of
24 Attorney or Bail Bonds papers.
25 (See Exhibit 14) After they
26 took me to Patton State Hospital,
27 the discharge summary clearly
28 states return to court to stand trial.
                              (can provide)

TITLE OF DOCUMENT Complaint          CASE NO.: _____

PAGE NO. 12 OF 17 [VLSP TEMPLATE]
        38 Exhibits

1   I was denied all benefits
2   in San Benito County under
3   the fictitious name and it
4   states because of too much
5   property. I was also denied
6   all benefits under my legal
7   name.
8       After researching attorneys
9   at the library I have documents
10  stating they are paralegals and
11  can not represent an individual
12  in court. You need a lawyer.
13      I also have documents from
14  the San Benito County courthouse
15  that the property on Fairview
16  Road in Hollister CA owned by
17  the Francos the addresses
18  do not exist. There was a fire
19  recently at one of the non-existing
20  addresses, but was reported
21  as another number. I requested
22  an investigation on this matter.
23  These are serious matters. (This info
                                    is verifiable)
24      I have attempted to supply
25  the United States District Court
26  with just some highlights into an
27  extremely serious matter. I will
28  hope that this emergency situation,

TITLE OF DOCUMENT: Complaint _____ CASE NO.: _____

PAGE NO. 13 OF 17   [VLSP TEMPLATE]
        38 Exhibits

1  will get resolved as soon as
2  possible.
3      The following are some of the
4  cases involved, but never resolved.
5
6  California State Controller
7  Unclaimed Property Division
8      Prop. ID# 11363589
9          96892 1128
10          3589056
11 Internal Revenue Service
12    Case Numbers
13 F13353-0155        20294-164-00514-2
14 F12229-0077        9933566267
15 20294-135-02515-2  0766726592
16 0938000000         20294-264-40818-2
17 1025265258         F13003-0046
18 0768404684         0538564760
19 F12248-0023        77-0173397
20 F13022-0023        F13025-0041
21 F13051-0237        2865945430
22 3106455080         F12230-01016
23 F12270-0036        F13031-0076
24 US Department of Labor
25    Appeal Reference # 120401
26    EBSA-SF-FOIA-F2012-692213
27    7010-2780-0003-2858-7169
28 United Farm Workers Case# 717-CE-54M

TITLE OF DOCUMENT Complaint _____ CASE NO.: _____

PAGE NO. 14 OF 17 [VLSP TEMPLATE]
34 Exhibits

1   Bureau of Reclamation
2       OMB  1006-00268
3
4   Controller of the Currency
5   Administrator of National Banks
6       Case# 02011450
7
8   Department of Motor Vehicles
9       Case# 082500535
10          02-DAD-13440
11          08 B4D17 194
12
13  Department of Justice
14      ORI# CA034 9435
15
16  State of California
17  Franchise Tax Board - Child Support
18      Acct.# CS-890-9544
19  NOTES DID NOT REQUEST TRIBUNAL
20
21  Santa Clara County
22      Case # 413888
23          FL005894
24
25  San Benito County
26      Case # 12751        20155
27          P6629           19219
28          CRF014086       6684

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. 15 OF 17   [VLSP TEMPLATE]
        33 Exhibits

San Benito County Cases (continued)
Case #

1. 0127160          CV-PT-0127303
2. 0127169          CR-06-01834
3. TR-03-04131      35-30-15692
4. 6034499          CU-09-00078

State of New Jersey
Motor Vehicles Unit # 5248
Abstract Driver History: Type tt
DLN# B29777774300 51566
Superior Court of New Jersey
Civil Action
Docket # L-2703-95
Superior Court of New Jersey
Chancery Division
Support & Paternity Hearing
Docket# F0028196
FD-02-002090-93-A

I can supply the court(s) with
much more documented evidence
and all departments state
to subpeona that information.
San Benito County also has an
Affadivit of Death for Paul
Bertuccio. I can supply the court
with a notarized Affadivit of
Identity for me Tina Bertuccio

TITLE OF DOCUMENT: Complaint    CASE NO.: _____

PAGE NO. 16 OF 17  [VLSP TEMPLATE]
Exhibits

1  I want to repeat again even
2  after my thirty years of
3  compiling evidence was stolen,
4  I today have four boxes (files)
5  of documents. I hope I
6  have initially supplied the
7  court with enough evidence
8  to schedule the ealier liest
9  court date available.
10  Exhibit 15 - 32 is for your information.
11
12  I declare under penalty
13  of perjury that the foregoing
14  is true and correct.
15
16  Executed on : March 20, 2013
17
18  Tina Pedrizetti Bertuccio
19
20
21  Tina Pedrizzetti, Bertuccio
22  130 San Felipe Rd #14
23  Hollister, CA 95023
24
25  1-831-207-5250
26
27
28
TITLE OF DOCUMENT: Complaint     CASE NO.: _____
PAGE NO. 17 OF 17   [VLSP TEMPLATE]
32 Exhibits